THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Travis A. Kirkpatrick, Appellant.
 
 
 

Appeal From York County
 J. Mark Hayes, II, Circuit Court Judge

Unpublished Opinion No. 2008-UP-346
Submitted July 1, 2008  Filed July 9, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Kevin Scott Brackett, of York, for Respondent.
 
 
 

PER CURIAM: Travis
 A. Kirkpatrick appeals his guilty pleas for possession of marijuana,
 trafficking in crack cocaine, and possession of crack cocaine with intent to
 distribute within proximity of a public park, for which he received sentences
 of one year, eight years, and ten years, respectively.  He argues his guilty
 plea failed to comply with the mandates set forth in Boykin v. Alabama,
 395 U.S. 238 (1969). After a thorough review of the
 record, counsels brief, and Kirkpatricks pro se brief pursuant
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels
 motion to be relieved.[1]
APPEAL
 DISMISSED
HEARN, C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.